IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ASHLEIGH MACKIN,

    Plaintiff,

vs.                                                                                                    No. 21-cv-1052

OM SAI CORPORATION,

    Defendant.

## RULE 58 JUDGMENT

Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment; **[Doc. 66]**;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Plaintiff's remaining lawsuits are hereby **DISMISSED**, thus disposing of these cases in their entirety.

**IT IS FURTHER ORDERED** that all other pending motions in these lawsuits are hereby **DENIEDAS MOOT**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE